1

2

3

4

5

6

7

8
UNITED STATES DISTRICT COURT

9
CENTRAL DISTRICT OF CALIFORNIA

10

11
RAMIRO HERNANDEZ,                    )       Case No. SACV 10-1695-AG(RNBx)
                                     )
12
        Plaintiff,                   )       JUDGMENT IN FAVOR OF PLAINTIFF
                                     )       AND AGAINST DEFENDANTS
13
    vs.                              )
                                     )
14
ERIN CAPITAL                         )
MANAGEMENT, LLC;                     )
15
ELTMAN, ELTMAN &                     )
COOPER, PC;                          )
16
and DOES 1 to 10;                    )
                                     )
17
        Defendants.                  )
                                     )
18
_____)

19
        On October 3, 2011, the Court granted Plaintiff's motion for Attorney's fees

20
in the amount of $28,322.93 (see Doc. No. 31) against defendants ELTMAN,

21
ELTMAN & COOPER, PC and ERIN CAPITAL MANAGEMENT, LLC

22
(collectively "Defendants"), following Plaintiff's acceptance of Defendants' Rule

23
68 Offer of Judgment and Settlement Agreement. Costs were denied.

24
        JUDGMENT for Plaintiff shall be entered in the amount of $28,322.93.

25
IT IS SO ORDERED.

26
Dated: October 13, 2011                    _____
                                           ANDREW J. GUILFORD
27
                                           UNITED STATES DISTRICT JUDGE

28